**WASHINGTON MUTUAL BANK, F.A., APPELLEE, *v.* WALLACE, APPELLANT, ET AL.**

**[Cite as *Washington Mut. Bank, F.A. v. Wallace,* 134 Ohio St.3d 359, 2012-Ohio-5495.]**

*Certified conflict question answered in the negative—Court of appeals' judgment reversed and cause remanded for further proceedings consistent with* Fed. Home Loan Mtge. Corp. v. Schwartzwald.

(Nos. 2011-1693 and 2011-1694—Submitted December 4, 2012—Decided December 5, 2012.)

APPEAL from and CERTIFIED by the Court of Appeals for Warren County, No. CA2010-10-103, 2011-Ohio-4174.

_____

{¶ 1} The certified-conflict question is answered in the negative. The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *Fed. Home Loan Mtge. Corp. v. Schwartzwald*, 134 Ohio St.3d 13, 2012-Ohio-5017, 979 N.E.2d 1214.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Thompson Hine, L.L.P., Scott A. King, and Terry W. Posey Jr., for appellee.

Andrew M. Engel, for appellant, Betty Wallace.

_____